U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 27 2026
CLERK, U.S. DISTRICT COURT
By JJF
Deputy

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

__________ Division

Jennifer Bradley
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Henry Schein One
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3-26CV2487-B
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jennifer Bradley |
| Street Address | 5315 Big Thicket Ln |
| City and County | Royse City, Rockwall |
| State and Zip Code | Texas 75189 |
| Telephone Number | 469-767-7295 |
| E-mail Address | jbradley.elevateta@outlook.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Henry Schein One LLC |
| Job or Title *(if known)* | Company |
| Street Address | 1220 South, 630 East, St 100 |
| City and County | American Fork, |
| State and Zip Code | Utah |
| Telephone Number | 234-423-4742 |
| E-mail Address *(if known)* | Kalyn.Lampert@ ~~henry~~ henryscheinone.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. (race, color, and national origin discrimination and retaliation)

Americans with Disabilities Act of 1990, as amended, 42 U.S.C. § 12101 et seq. (disability discrimination, failure to accommodate, and retaliation)

Family and Medical Leave Act, 29 U.S.C. § 2601 et seq. (interference with and retaliation for use of

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Plaintiff: Jennifer Bradley, , is a citizen of the State of *(name)* Royse City, TX (Hunt County) .

b. If the plaintiff is a corporation

The plaintiff, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* __________, is a citizen of the State of *(name)* __________. Or is a citizen of *(foreign nation)* __________.

b. If the defendant is a corporation

The defendant, *(name)* Henry Schein One, LLC, is incorporated under the laws of the State of *(name)* Utah, and has its principal place of business in the State of *(name)* Utah.

Or is incorporated under the laws of *(foreign nation)* Henry Schein One, LLC,

and has its principal place of business in *(name)* American Fork, UT 84003.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in controversy exceeds $75,000, exclusive of interest and costs, based on: (a) back pay for wages, raises, and bonuses withheld since Plaintiff's January 2025 demotion; (b) front pay reflecting the wage differential Plaintiff would have earned in the Director-level position for which she was under consideration; and (c) compensatory and punitive damages arising from Defendant's discriminatory and retaliatory conduct.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see attached document

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1Back pay, including lost wages, denied raises, and denied bonus eligibility, from January 2025 to the date of judgment;
2.Front pay, in lieu of reinstatement, including the additional wages Plaintiff would have earned had she been placed in the Director-level position for which she was under consideration and for which she alleges she was denied consideration due to discriminatory and retaliatory conduct;
3.Compensatory damages for emotional distress caused by Defendant's discriminatory and retaliatory conduct;
4.Punitive damages, given the willful and retaliatory nature of the conduct alleged;

5. Reasonable attorneys' fees and costs of court, to the extent Plaintiff retains counsel; and
6. Any other relief this Court deems just and proper.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-20-26

Signature of Plaintiff [signature]

Printed Name of Plaintiff Jennifer Bradley

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Date: 7-20-26
Signature: [signature]
Print Name: Jennifer Bradley
Bar Number:
Address: 5315 Big Thicket Ln
City, State, Zip: Royse City, TX 75189
Telephone: 469-767-7245
Fax:
E-Mail: jbradley.elevatetta@outlook.com

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF TEXAS**

**DALLAS DIVISION**

JENNIFER BRADLEY,

Plaintiff,

v.

HENRY SCHEIN ONE, LLC,

Defendant.

*Civil Action No.* 3-26CV2487-B *(to be assigned by the Clerk)*

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

**I. THE PARTIES TO THIS COMPLAINT**

A. The Plaintiff

Name: Jennifer Bradley

Address: 5315 Big Thicket Ln, Royse City, TX 75189

Telephone Number: 469-767-7295

E-mail Address: jbradley.elevateta@outlook.com

B. The Defendant

Name: Henry Schein One, LLC

Address: 1220 S 630 E, Ste 100, American Fork, UT 84003

The defendant is Plaintiff's former employer and, upon information and belief, employs 15 or more employees.

**II. BASIS FOR JURISDICTION**

This action is brought for employment discrimination. This court has jurisdiction over this action under:

☑ **Federal Question**

☐ Diversity of Citizenship

### *A. If the Basis for Jurisdiction Is a Federal Question*

This case arises under the following federal statutes:

1. Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. (discrimination and retaliation based on race, color, and national origin);
2. The Americans with Disabilities Act of 1990, as amended, 42 U.S.C. § 12101 et seq. (disability discrimination, failure to provide reasonable accommodation, and retaliation); and
3. The Family and Medical Leave Act, 29 U.S.C. § 2601 et seq. (interference with, and retaliation for the exercise of, FMLA-protected leave).

Plaintiff also brings a pendent claim under the Texas Labor Code, Chapter 21 (Texas Commission on Human Rights Act).

## III. STATEMENT OF CLAIM

Plaintiff timely filed a Charge of Discrimination with the Texas Workforce Commission Civil Rights Division and the U.S. Equal Employment Opportunity Commission on April 18, 2025, and has received a Notice of Right to Sue. This Complaint is filed within 90 days of that notice.

1. Plaintiff Jennifer Bradley ("Plaintiff") is a Black, African-American woman who was employed by Defendant Henry Schein One, LLC ("Defendant" or "HSO") beginning August 12, 2019, hired as a Customer Loyalty Specialist and later promoted to Customer Success Manager ("CSM").
2. In November 2024, Plaintiff disclosed a disability to her manager, Ginny Dodds, after Ms. Dodds made repeated comments about a prior six-week medical leave Plaintiff had taken for medication management.
3. Shortly after this disclosure, in January 2025, Plaintiff was involuntarily reassigned from the CSM role to the lower Customer Loyalty Advocate ("CLA") role. Management characterized this as a "unilateral transfer" and refused to clarify, without involving Human Resources, whether it constituted a demotion. Plaintiff alleges this reassignment was, in substance, a demotion in both title and career opportunity, as there is no documented promotional path from CLA back to CSM.

4. Plaintiff was the only CSM involuntarily reassigned to the CLA role. A similarly situated colleague, Israel Corona-Levy, was promoted into a CLA-type role from a more junior position, and another colleague, Yvonne Hilge, transitioned only after being consulted and agreeing voluntarily.

5. On March 31, 2025, Plaintiff submitted a request for reasonable accommodation — additional breaks to manage disability symptoms — to Ms. Dodds. The request was denied that same day. Later that same day, Plaintiff received a final written warning citing "excessive time missed" that was directly related to her disability and protected leave.

6. Throughout the relevant period, Defendant issued a Performance Improvement Plan ("PIP") to Plaintiff that cited, among other things: (a) an FMLA-approved absence from March 18–24, 2025, for a medical condition; (b) an approved mental-health day taken February 24, 2025, under a medically authorized accommodation for PTSD; (c) an absence following illness and a COVID-19 infection contracted at a company-sponsored event in January 2025; and (d) a delay in after-hours notification following a regional storm-related power and internet outage on March 5, 2025. Plaintiff alleges these citations were pretextual, as each absence was medically documented, approved, and/or legally protected.

7. Plaintiff was repeatedly denied a "book of business" — an assignment of accounts standard for CSMs and necessary for advancement — while it was granted to other, non-Black CSMs, including a recently hired colleague.

8. Plaintiff was informed she would no longer be eligible for a raise or bonus due to "performance," and was told she would need to "meet expectations" (i.e., satisfy the PIP) before being considered for further promotion, including a Director-level position for which she was under consideration and for which she was otherwise qualified.

9. Plaintiff alleges that she and Mr. Corona-Levy — the only two Black employees in their department — were targeted for termination following a departmental layoff in August 2025, and that Defendant's stated performance rationale was pretext for discrimination based on race, color, national origin, and disability, and retaliation for Plaintiff's protected activity (disclosing her disability, requesting accommodation, and taking FMLA/medical leave).

## IV. RELIEF

Plaintiff seeks the following relief against Defendant:

1. Back pay, including lost wages, denied raises, and denied bonus eligibility, from January 2025 to the date of judgment;

2. Front pay, in lieu of reinstatement, including the additional wages Plaintiff would have earned had she been placed in the Director-level position for which she was under

consideration and for which she alleges she was denied consideration due to discriminatory and retaliatory conduct;

3. Compensatory damages for emotional distress caused by Defendant's discriminatory and retaliatory conduct;
4. Punitive damages, given the willful and retaliatory nature of the conduct alleged;
5. Reasonable attorneys' fees and costs of court, to the extent Plaintiff retains counsel; and
6. Any other relief this Court deems just and proper.

*Plaintiff does NOT seek reinstatement to employment with Defendant.*

**V. CERTIFICATION AND CLOSING**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-20-26

Signature of Plaintiff

Jennifer Bradley

Printed Name of Plaintiff

Jennifer Bradley

JS 44 (Rev. 04/21) (TXND 4/21)

# CIVIL COVER SHEET

3-26CV2487-B

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Jennifer Bradley

**(b)** County of Residence of First Listed Plaintiff Rockwall
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

**DEFENDANTS** Henry Schein One

County of Residence of First Listed Defendant American Fork, UT
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

RECEIVED
JUL 27 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)* Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☒ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☒ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: Americans with disabilities Act
Brief description of cause: Disability discrimination failure to accomodate, wrongful termination

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ over $50,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ~~☒ Yes~~ ☒ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: JUDGE ____ DOCKET NUMBER ____

DATE ____ SIGNATURE OF ATTORNEY OF RECORD ____

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

'ESS FIRMLY TO SEAL

FSC MIX FSC® C116916

PAPER POUCH how2recycle.info

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STA
POSTAL SER

ected delivery date specified f
nestic shipments include $100
'S Tracking® service included f
ted international insurance.**
n used internationally, a custo

nce does not cover certain items. For
ic Mail Manual at http://pe.usps.com.
nternational Mail Manual at http://pe.u

AT RATE ENVE
RATE ■ ANY WEIGHT

ACKED ■ INSU

PS00001000014

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$18.05
Origin: 75189
07/21/26
4878400189-11

PRIORITY MAIL®

0 Lb 4.50 Oz
RDC 03

EXPECTED DELIVERY DAY: 07/23/26

C001

SHIP
TO:
STE 1452
1100 COMMERCE ST
DALLAS TX 75242-1310

USPS SIGNATURE® TRACKING #

9510 8127 5196 6202 0916 53

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Jennifer Bradley
5315 Big Thicket Ln.
Royse City, TX 75189

IVED - 6

2 7 2026

LROOM

TO: United States
District Court
Earle Campbell Federal Bldg
1100 Commerce St.
RM 1452
Dallas, TX 75242

Label 228, December 2023 FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.